**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lekena Nekole SIMMONS,**
**Defendant–Appellant.**

**No. 05–40704**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2007.

Alan Reeve Jackson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Jeffrey Scott Harrelson, Harrelson, Moore & Giles, Texarkana, AR, Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Lekena Nekole Simmons has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). A copy of counsel's motion was sent to Simmons at multiple addresses, and she has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities; and the appeal is **DISMISSED**. *See* 5th Cir. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.